## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MARYLAND

In re: ANTHONY HARRIS      : Chapter 13 Case No. 17-10761

    Debtor                   :

_____:

CASSANDRA BOSTON        :

    Petitioner           :

v.                           : Adversary Proceeding No. 17-00169

ANTHONY HARRIS         :

    Respondent.         :

_____:

### ANSWER TO PETITIONER'S COMPLAINT FOR RELIEF

COMES NOW, Respondent Anthony Harris, by and through his attorneys, Richard M. McGill and McGill & Woolery, and in Answer to the Petitioner's Complaint for Relief states as follows:

1. Respondent admits the allegations of Paragraphs 1, 2 and 9.

2. Respondent denies the allegations contained in Paragraphs 5, 6, 7 and 8.

3. Respondent admits that portion of Paragraph 3 as to payment of the non-dischargeable DSO, but denies this case should be summarily dismissed.

4. Respondent denies all of the allegations of Paragraph 4 except admits that a $95,000.00 attorney fee sanction was found against the Debtor by the Circuit Court for Prince George's County.

5.   Respondent neither admits nor denies the allegations contained in Paragraph 10, and therefore said Paragraph is denied.

6.   Respondent further states that the matter of any amount due and owing to the Petitioner is to be litigated on July 18, 2017 in front of the Honorable Lori Simpson who has before her an Objection by Petitioner to the Chapter 13 Plan and further has before her a Proof of Claim filed by Petitioner. Said Proof of Claim lacks document support for said Claim and is objected to by Respondent.

7.   Furthermore, Petitioner previously filed an Objection to the Chapter 13 Plan in the underlying Chapter 13 case, but failed to appear for the scheduled hearing for same on June 6, 2017.   The Honorable Lori Simpson overruled Petitioner's Objection due to neither Petitioner nor her attorney appearing to prosecute their Objection.

8.   The issues presented by Petitioner in this Adversary Proceeding do not fall within the scope of matters set forth in Bankruptcy Rule 7001.

WHEREFORE, the premises considered your Respondent prays this Honorable Court:

a. dismiss Petitioner Cassandra Boston's Complaint for Relief;

b. grant such other and further relief as this cause requires.

/s/_____
Richard M. McGill, Esquire
McGill & Woolery
5303 West Court Drive
PO Box 358
Upper Marlboro MD 20773

(301) 627-5222
*Attorney for Respondent*