

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In Re: | * | |
| Anthony R. Harris | * | Case No.    17-10671  TJC |
| | * | Chapter    13 |
| Debtor | * | |
| ************************************ | * | |
| Cassandra Boston | * | |
| | * | |
| Plaintiff | | |
| | * | |
| | * | |
| v. | | Adv. No.    17-00169 TJC |
| | * | |
| | * | |
| Anthony R. Harris | * | |
| | * | |
| Defendant | * | |
| ************************************ | | |

## SCHEDULING ORDER

For good cause appearing, IT IS HEREBY ORDERED, THAT:

1. The parties shall comply with the initial disclosure requirements of Fed.R.Civ.P 26(a).

2. Expert witnesses and reports are to be disclosed and furnished by *September 18, 2017.*

3. Counter-designation of expert witnesses and reports are to be disclosed and furnished by *October 13, 2017.*

4. Discovery is to be completed by *November 16, 2017.*

5. Dispositive motions by any party by *January 2, 2018.*

6. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by *June 25, 2018.*  The parties must also file any portion of a deposition or hearing transcript that will be offered by a party in its case in chief, and must identify the witness, date, line, numbers and pages of the transcript, and provide a copy of same.  Any other party must make a counter- designation as under Rule 32(a)(6) Fed.R.Civ.P. by *July 9, 2018.*

**INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number.  Each exhibit shall be tabbed by exhibit number.

**IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

7. The deadline to object to exhibits and list of witnesses is *July 24, 2018.* Exhibits not objected to in writing will be admitted if offered.  Witnesses not objected to in writing will be allowed to testify if called.

8. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by  *July 24, 2018.*

9. A final pre-trial conference  *August 1, 2018 at 10:00 am.*

10. Trial time estimate  *1 day.*

11. TRIAL IS SET FOR  *August 8, 2018 at 10:30 am.*

12. Copies of all pleadings are to be served on the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770.

**SPECIAL NOTICE TO ALL PARTIES**:

**FAILURE TO COMPLY WITH THE SCHEDULING ORDER MAY RESULT IN SANCTIONS BEING IMPOSED BY THE COURT ON THE OFFENDING PARTY, INCLUDING, BUT NOT LIMITED TO, DISMISSAL OF THE ACTION.**

**ALL PARTIES ARE ADVISED TO REVIEW CAREFULLY LOCAL RULE 9037-1 CONCERNING THEIR OBLIGATIONS TO LIMIT THE INTRODUCTION OF PRIVATE INFORMATION AND TO REVIEW TRANSCRIPTS TO REDACT PRIVATE INFORMATION.**

TJC 7/14/2010

**End of Order**