IN THE UNITED STATES BANKRUPTCY COURT FOR MARYLAND
SOUTHERN DISTRICT

| | | |
|---|---|---|
| *In re* | * | |
| ANTHONY HARRIS | * | |
| Debtor, | * | |
| | | |
| CASSANDRA BOSTON | * | Chapter 13 |
| Petitioner | * | |
| v. | * | Case No. 17-10671 |
| ANTHONY HARRIS | * | ADV 17-00169 |
| Defendant. | * | |

**CREDITOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM #7**

Creditor and Adversary Plaintiff Cassandra Boston, through undersigned counsel, hereby moves for summary judgment against Debtor and Adversary Defendant Anthony Harris, on the issues of the validity, non-dischargeable status, and amount of the debt listed in this action as Proof of Claim #7 ("Claim"). The grounds for this Motion are that Debtor cannot produce the requisite evidence to sustain a material factual dispute as to either the amount of the Claim, its validity, or its non-dischargeable status.

This motion is filed in conjunction with a Motion for Extended Discovery, which would allow for responses to three pending document requests and a deposition of the debtor, noted for February 2, 2018, that will likely last no more than an hour or two. These discovery tools will allow every opportunity for the Court to assess whether any material facts exist in this case that could create a factual dispute concerning Claim #7 on the next court date of February 6, 2018.

Cassandra Boston requests the opportunity to resolve this issue at the February 6, 2018 hearing on confirmation of the Debtor's proposed bankruptcy plan, which treats the Claim, previously adjudicated to be a domestic support obligation, as if it were non-dischargeable by not fully paying the balance of the claim during the tenure of the proposed plan, as required by 11 USC §1325.

_____
Kerry J. Davidson, Esq.
Law Office of Kerry J. Davidson
300 East Lombard Street, Suite 800-112
Baltimore, MD   21202
(240) 394-6330 (voice)
(866) 920-1535 (efax)
kerry@kjdavidsonlaw.com / Bar No. 24736

## CERTIFICATE OF SERVICE

      I CERTIFY that on January 22, 2018, I have served a copy of the foregoing document, on the following parties by ECF notice:

Timothy Branigan, Esq., Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
cmecf@chapter13maryland.com

Richard McGill, Esq.
The Law Offices of McGill and Woolery
5303 W. Court Drive, P.O. Box 358
Upper Marlboro, Maryland 20773
mcgillrm@aol.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR MARYLAND
SOUTHERN DISTRICT**

| | | |
|---|---|---|
| *In re* | * | |
| ANTHONY HARRIS | * | |
| Debtor, | * | |
| CASSANDRA BOSTON | * | Chapter 13 |
| Petitioner | * | |
| v. | * | Case No. 17-10671 |
| ANTHONY HARRIS | * | ADV 17-00169 |
| Defendant. | * | |

ORDER ENTERING NON-DISCHARGEABLE JUDGMENT AGAINST DEBTOR

Creditor Cassandra Boston's Motion for Partial Summary Judgment is GRANTED. Judgment is entered against Debtor on Claim #7 in the amount of $105,580.31 as of August 31, 2017, and may be amended at Creditor's request to reflect post-judgment interest since that date. In addition, this Claim is held to be non-dischargeable, and any future proposed confirmation plan must fully pay the complete balance of the claim during the plan term, pursuant to 11 USC §1325.

1

END OF ORDER

Interested parties to receive order:

Timothy Branigan, Esq., Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
cmecf@chapter13maryland.com

Richard McGill, Esq.
The Law Offices of McGill and Woolery
5303 W. Court Drive, P.O. Box 358
Upper Marlboro, Maryland 20773
mcgillrm@aol.com